JS-6

FILED
CLERK, U.S. DISTRICT COURT
12/11/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>            Plaintiff,<br>   v.<br>BELLA SHOES IMPORT INC., a California Corporation; WILLIAM HUANG, an individual; FELICIA LO, an individual and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 2:14-CV-00193-MWF-JCG<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br><br><br>Hon. Michael W. Fitzgerald |

IT IS HEREBY ORDERED that this entire action be dismissed *without* prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action.

DATED:    December 11, 2015    By: _____
                                Hon. Michael W. Fitzgerald
                                **United States District Judge**

1